UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAMAR BROWN, on behalf of himself and all others similarly situated,<br><br>                      Plaintiffs,<br><br>            -against-<br><br>WHISKED, INC.,<br><br>                      Defendant. | 23-CV-3754 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

IT IS HEREBY ORDERED that, no later than **September 13, 2023**, the parties must meet and confer for at least one hour in a good-faith attempt to settle this action. To the extent the parties are unable to settle the case themselves, they must also discuss whether further settlement discussions through the district's court-annexed mediation program or before a magistrate judge would be productive at this time.

IT IS FURTHER ORDERED that, no later than **September 28, 2023**, the parties must submit a joint letter informing the Court whether the parties have settled. If the parties do not reach a settlement, the parties shall in the joint letter request that the Court (1) refer the case to mediation or a magistrate judge for a settlement conference (and indicate a preference between the two options), or (2) proceed with an initial pretrial conference.

Defendant is advised that further disregard for Court-ordered deadlines may result in adverse consequences, including default judgment.

Dated: August 15, 2023                              SO ORDERED.
       New York, New York

                                                        *Jessica Clarke*
                                                        JESSICA G. L. CLARKE
                                                        United States District Judge