UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAMAR BROWN, on behalf of himself and all others similarly situated,,<br><br>                              Plaintiff,<br><br>            -against-<br><br>WHISKED, INC.,<br><br>                              Defendant. | 23-CV-3754 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

　　The Court has been advised that the scheduled mediation did not take place. The parties failed to file the joint status letter, which was due no later than December 27, 2023. ECF No. 14. The Parties shall file the joint status letter no later than **January 5, 2024**. Failure to submit such a letter, or further disregard for Court orders, may result in sanctions, including dismissal.

Dated: December 29, 2023
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　SO ORDERED

　　　　　　　　　　　　　　　　　　　　　　　*Jessica Clarke*
　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　JESSICA G. L. CLARKE
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge